# Court of Appeals
# of the State of Georgia

ATLANTA,  August 24, 2017

*The Court of Appeals hereby passes the following order:*

## A18E0006. JOHNSON et al. v. BRIDGE PROPERTY MANAGEMENT.

Lawanda Linette Johnson and Karlton Johnson ("the Johnsons") have filed an emergency and de novo "appeal" to this Court following the entry of a Default Judgment and Order in this dispossessory action. However, it does not appear from the documents filed with the motion that the Johnsons have filed a notice of appeal from the magistrate's order.[1] Court of Appeals Rule 40 (b) provides that "[g]enerally, no order shall be made or direction given in an appeal until it has been docketed in this Court." Accordingly, this emergency motion is DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/24/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] We note that "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991).